```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                     NASHVILLE DIVISION
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:07-00256 |
| | ) | JUDGE ECHOLS |
| **JAMES ALEXANDER and JEFFREY** | ) | |
| **ODOM,** | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

For the reasons stated in the Memorandum entered contemporaneously herewith,

(1) Defendant James Alexander's Motion to Suppress (Docket Entry No. 23) is hereby DENIED; and

(2) Defendant Jeffrey Odom's Motion to Suppress (Docket Entry No. 28) is hereby GRANTED IN PART and DENIED IN PART. Defendant Odom's Motion to Suppress is GRANTED in that the Government is prohibited from introducing the Lumina glovebox key into evidence at trial, as well as any testimony by Officer Harry Haigh or any other witness that the glovebox key was found in Defendant Odom's pocket at the scene of the traffic stop and that the key was used to open the glovebox. The Government may elicit testimony from Ms. Johnson that she gave the glovebox key to Defendant Odom earlier on the day of the traffic stop and the Government may present evidence that the Lumina's glovebox was opened by Officer Haigh, where he

found a handgun, ammunition and a hat.  Defendant Odom's motion to suppress is DENIED in all other respects.

It is so ORDERED.

_____
ROBERT L. ECHOLS
UNITED STATES DISTRICT JUDGE