PROB 12A
(Rev.5/2011)

# United States District Court
## for
## Middle District of Tennessee

### Report on Offender Under Supervision

Name of Offender: James Alexander              Case Number: 3:07-00256-01

Name of Sentencing Judicial Officer: The Honorable Robert L. Echols, U.S. District Judge

Name of Current Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Date of Original Sentence: February 9, 2009

Original Offense: 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm

Original Sentence: 84 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: May 25, 2014

Assistant U.S. Attorney: Unassigned               Defense Attorney: C. Douglas Thoresen

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Considered this 9 day of Sept, 2014, and made a part of the records in the above case.

Abigail J. Dillingham
U.S. Probation Officer

Todd J. Campbell
U.S. District Judge

Place   Nashville, Tennessee

Date    September 9, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.   Nature of Noncompliance

1. **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**

    On September 2, 2014, the offender submitted a urine sample which tested positive for marijuana. Mr. Alexander admitted to smoking marijuana on August 30, 2014.

    Mr. Alexander has been compliant with treatment at the Guidance Center. He is reportedly making acceptable progress and attending therapy twice per month.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. James Alexander began his term of supervised release on May 25, 2014, and is currently scheduled to complete his term on May 24, 2017. He is currently employed by Parthenon Grille and resides in Murfreesboro, Tennessee. After testing positive for drug use on June 23, 2014, he agreed to go to treatment and understands that further action will be recommended should he test positive for drug use again. His current treatment provider is aware of Mr. Alexander's most recent drug use.

**U.S. Probation Officer Recommendation:**
It is recommended that the defendant be continued on supervision with no further action taken. This matter has been reported to a representative of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer