PROB 12A
(Rev.5/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: James Alexander          Case Number: 3:07-00256-01

Name of Current Judicial Officer: The Honorable Todd J. Campbell, U.S. District Judge

Name of Sentencing Judicial Officer: The Honorable Robert L. Echols, U.S. District Judge

Date of Original Sentence: February 9, 2009

Original Offense: 18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm

Original Sentence: 84 months' custody followed by 3 years' supervised release

Type of Supervision: Supervised Release          Date Supervision Commenced: May 25, 2014

Assistant U.S. Attorney: Unassigned          Defense Attorney: Unassigned

---

**THE COURT ORDERS:**

☒ No Action at this time
☐ Submit a Petition for Summons
☐ Submit a Petition for Warrant
☐ Other

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Considered this 15 day of Oct, 2014, and made a part of the records in the above case.

Abigail J. Dillingham
U.S. Probation Officer

Todd J. Campbell
U.S. District Judge

Place     Nashville, Tennessee

Date     October 15, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the defendant has violated the following condition(s) of supervision:

Violation No.    Nature of Noncompliance

1.    **The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**

   On September 30, 2014, Mr. Alexander submitted a urine sample which tested positive for marijuana. Mr. Alexander admitted to smoking marijuana on September 27, 2014. The offender also failed to report for a drug test on October 1, 2014.

**Compliance with Supervision Conditions and Prior Interventions:**
Mr. James Alexander began his term of supervised release on May 25, 2014, and is scheduled to complete his term on May 24, 2017. He is currently employed by Parthenon Grille and resides in Murfreesboro, Tennessee. After testing positive for drug use on June 23, 2014, Mr. Alexander agreed to go to substance abuse treatment.

As previously reported, on June 23, 2014, Mr. Alexander submitted a urine sample which tested positive for cocaine. The offender admitted to using cocaine on June 21, 2014. In addition, on September 2, 2014, the offender submitted a urine sample which tested positive for marijuana. Mr. Alexander admitted to smoking marijuana on August 30, 2014. Mr. Alexander was compliant with treatment at the Guidance Center and was reportedly making acceptable progress and attending therapy twice per month. It was recommended that the offender continue with substance abuse treatment.

On October 1, 2014, the U.S. Probation Office contacted the Guidance Center regarding Mr. Alexander's most recent drug use. It was recommended that his treatment be increased and he attend individual and group therapy on a weekly basis.

**U.S. Probation Officer Recommendation:**
It is recommended that Mr. Alexander be continued on supervision with no further action taken at this time. This matter has been reported to a representative of the U.S. Attorney's Office, who concurs with the recommendation.

Approved: _____
              Britton Shelton
              Supervisory U.S. Probation Officer